AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>PATRICK CAMPBELL,<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 19-6255-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 12, 2017_____ in the county of _____Broward_____ in the
___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Daniel Alfin, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/18/19

_____
Judge's signature

City and state: _____Fort Lauderdale, Florida_____

Lurana S. Snow, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel I. Alfin, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a SA with the FBI since April 2009. I am currently assigned to the FBI Miami Child Exploitation Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography

3. This Affidavit is submitted in support of a criminal complaint which charges Patrick Lenworth CAMPBELL ("CAMPBELL") with production of visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251(a) and (e).

4. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and

people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against CAMPBELL for the aforementioned criminal violation.

## SUMMARY OF THE INVESTIGATION

5. CAMPBELL is thirty-three year old man who resides at 3920 SW 48th Ave, Pembroke Park, FL 33023.

6. On January 31, 2018, CAMPBELL was arrested by the Broward County Sheriff's Office (BSO) and charged in Broward County case number 18-1268CF10A with sexual battery on a child, sexual battery – familial/custodial, and interference with child custody. Those charges are pending. The alleged victim in that case is referenced herein as Victim 1.

7. On April 19, 2019, I received a report from BSO, containing statements Victim 1 provided to a BSO Detective on or about January 28, 2018. Victim 1 stated that at some point during the summer of 2017, CAMPBELL provided Victim 1 with food in exchange for oral sex. Victim 1 stated that the sexual encounter occurred in a laundry room.

8. On April 25, 2019, the FBI executed a search warrant (19-6202-Seltzer) at CAMPBELL's residence. That warrant was predicated on evidence obtained by the FBI that an individual at CAMPBELL's residence was distributing child pornography. During execution of the warrant, the FBI seized, among other things, an ASUS brand laptop computer with serial number D1N0AS486228044, which travelled in, and affected, interstate commerce. That laptop was seized from CAMPBELL's bedroom.

9. On May 17, 2019, your affiant reviewed files from the ASUS laptop computer and discovered a video file named 20170612_221619.mp4. Based on the file name and metadata, the

video appears to have been created on June 12, 2017, then transferred onto the ASUS laptop on January 7, 2018. The video was located in a folder named "[Victim 1's first name]." The video depicts what appears to be CAMPBELL and Victim 1. During the video, which is 7 minutes and 22 seconds in length, Victim 1 places CAMPBELL's penis in her mouth. The video concludes with CAMPBELL ejaculating on Victim 1's face and hair.

10. On May 17, 2019, your affiant conducted an interview with Victim 1's mother. During the interview, Victim 1's mother viewed screenshots from the aforementioned video. Victim 1's mother identified the minor female depicted in the video as Victim 1 and confirmed that on or about June 12, 2017 Victim 1 was 12 years of age. Additionally, Victim 1's mother was able to identify the location that the video as the laundry room of the Dania Beach residence where she and Victim 1 lived at the time the video was recorded. Victim 1's mother also advised that, in 2018, when Victim 1 disclosed CAMPBELL had been sexually abusing her, Victim 1 told her mother CAMPBELL had recorded this video and threatened to post it on social media if Victim 1 did not continue to engage in sexual activity with him.

11. On April 25, 2019, your affiant conducted a recorded interview with CAMPBELL. While CAMPBELL's face is not visible in the aforementioned video, I believe the voice of the adult male depicted in the video belongs to CAMPBELL. Additionally, based on my review of the BSO report and my interview with Victim 1's mother, I believe the video is consistent with the disclosure of abuse made by Victim 1.

## Conclusion

12. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of Patrick Lenworth CAMPBELL, for production of a visual

4

depiction of a minor engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251(a) and (e).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Daniel I. Alfin
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _18_ day of May, 2019

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Patrick Campbell

Pretrial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ANITA WHITE

Last Known Address: _____

What Facility: _____

Agent(s):   SA Daniel Alfin, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
754-703-3283